UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

    LEROY DALLAS TOPP, SR.        CASE NO. 19-32360-JDA
                                                  CHAPTER 13
                                                  HONORABLE JOEL D. APPLEBAUM

                DEBTOR.
_____/
JOHN L. HICKS (P44667)
Attorney for Debtor
412 S. Saginaw St., 1st Floor
Flint, MI 48502
(810) 232-2223
--------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

# WITHDRAWAL OF MOTION OF CREDIT ACCEPTANCE CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

Credit Acceptance Corporation ("Creditor") withdraws its Motion for Relief from the Automatic Stay and Co-Debtor Stay filed on November 11, 2020, for the 2017 Chevrolet Impala bearing Vehicle Identification Number 1G1105S37HU158826.

                                        O'REILLY RANCILIO P.C.

                                        */s/ Craig S. Schoenherr, Sr.*
                                        _____
                                        CRAIG S. SCHOENHERR, SR. (P32245)
                                        Attorney for Creditor
                                        12900 Hall Road, Suite 350
                                        Sterling Heights, MI 48313-1151
                                        (586) 726-1000
                                        ecf@orlaw.com

DATED: November 23, 2020